## LINDA J. SLACK *v.* RAYMOND B. SLACK
### (AC 20686)

Landau, Mihalakos and Pellegrino, Js.

Submitted on briefs December 4—officially released December 26, 2000

Per Curiam. The judgment is affirmed.

## STANLEY MACHNIK *v.* COMMISSIONER OF MOTOR VEHICLES
### (AC 20120)

Landau, Mihalakos and Pellegrino, Js.

Submitted on briefs December 4—officially released December 26, 2000

Per Curiam. The judgment is affirmed.

## SAMUEL E. DIXON, JR. *v.* MARY E. COUGHLIN ET AL.
### (AC 20837)

Landau, Mihalakos and Pellegrino, Js.

Submitted on briefs December 4—officially released December 26, 2000

Per Curiam. The judgment is affirmed.